UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF00350 (rev 05/2009)

In Re:
   Manuel M. Salazarleija
      SSN: xxx−xx−9337   EIN: NA
   Angela J. Salazarleija
      SSN: xxx−xx−8696   EIN: NA
   Debtor(s)

Case Number:
**09−94186−BHL−7A**

# FINAL DECREE

   The estate of the above−named debtors has been fully administered.

   IT IS THEREFORE ORDERED that Donald G. Henderson is discharged as trustee of the estate.

Dated:   November 18, 2010

JUDGE BASIL H. LORCH III
U.S. BANKRUPTCY COURT