# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: tballard | Date Created: 11/18/2010 |
| Case: 09−94186−BHL−7A | Form ID: SF00350 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
tr          Donald G. Henderson          trusteehenderson@comcast.net
aty         Gary Dean Miller             gdmiller412@earthlink.net
aty         John J. Petr                 jjp@kgrlaw.com
aty         Wendy A. Kitchel             wendy@fouttyandfoutty.com

                                                                            TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Manuel M. Salazarleija       1244 Firwood Court       Jeffersonville, IN 47130
jdb         Angela J. Salazarleija       1244 Firwood Court       Jeffersonville, IN 47130
cr          Ford Motor Credit Company LLC     c/o Kroger Gardis and Regas      111 Monument Circle, Suite 900       Indianapolis, IN 46204

                                                                            TOTAL: 3